**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ASSOCIATION OF AMERICAN MEDICAL COLLEGES<br>655 K Street NW, Suite 100<br>Washington, D.C., 20001-2399,<br><br>             Plaintiff,<br><br>             v.<br><br>KEVIN ZHANG<br>3772 Burnham Road<br>Ann Arbor, MI 48108-9421,<br><br>             Defendant. | Civil Action No.: 15-cv-783<br><br><br><br><br>DEMAND FOR JURY TRIAL |

Plaintiff, Association of American Medical Colleges ("AAMC"), for its Complaint against Kevin Zhang ("Defendant"), states the following allegations for which it has evidentiary support or will likely have evidentiary support after a reasonable opportunity for further investigation or discovery:

**NATURE OF THE ACTION**

1.     AAMC owns and invests significant time and resources into the curation and development of the online publication titled, "***Medical School Admission Requirements for U.S. and Canadian Medical Schools***" ("MSAR").  As a trusted provider of valuable resources for medical students, residents, and professionals in academic medicine, AAMC owns and operates a website that provides prospective medical school applicants access to the MSAR electronically. The MSAR website is widely regarded as the most authoritative selection and admission guide to all U.S. and Canadian accredited medical schools.  AAMC brings this action under 18 U.S.C. § 1030, the Computer Fraud and Abuse Act; 17 U.S.C. § 501, the Copyright Act; 15 U.S.C. §

1114, the Lanham Act; and common law breach of contract, for Defendant's willful and intentional copying and reproduction of AAMC's copyrighted and trademarked MSAR website, which damaged AAMC and compromised its reputation as a trusted provider of educational resources to the medical community.

## PARTIES, JURISDICTION AND VENUE

2.     AAMC is a not-for-profit corporation organized and existing under the laws of Illinois, with its principal place of business located at 655 K Street NW, Suite 100, Washington, D.C. 20001-2399.

3.     On information and belief, Defendant is an adult individual who resides at 3772 Burnham Road Ann Arbor, MI 48108-9421.  Defendant transacted business in the District of Columbia and personally and purposefully engaged in Internet activity directed at AAMC in the District of Columbia, causing a foreseeable injury to AAMC in the District of Columbia, giving rise to multiple claims for relief, as described in greater detail below.  In addition, when transacting business with AAMC, Defendant agreed to a valid forum selection clause, thereby consenting to personal jurisdiction within the District of Columbia.  For these reasons, the Court may lawfully exercise personal jurisdiction over Defendant in this matter.

4.     This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331, § 1338(a), and § 1367(a).

5.     Venue is proper in the District of Columbia pursuant to 28 U.S.C. § 1391(b)(2) and/or § 1391(b)(3).  On information and belief, a substantial part of the acts and omissions

2

giving rise to the claims set forth below occurred in this District, and Defendant is an adult individual subject to personal jurisdiction in this District.

## FACTS COMMON TO ALL COUNTS

### AAMC and the MSAR Website

6.      Founded in 1876 and based in Washington, D.C., AAMC is a not-for-profit association representing all 141 accredited United States and 17 accredited Canadian medical schools; nearly 400 major teaching hospitals and health systems, including 51 Department of Veterans Affairs medical centers; and nearly 90 academic and scientific societies. Through these institutions and organizations, AAMC represents approximately 148,000 faculty members, 83,000 medical students, and 115,000 resident physicians.

7.      AAMC complied with the Lanham Act, 15 U.S.C. § 1051 *et seq.*, and registered its name, **Association of American Medical Colleges**, as a United States trademark.   On January 18, 2005, the mark was registered with the United States Patent and Trademark Office ("USPTO") at registration No. 2,918,449.   A true and correct copy of the mark's entry on the Principal Register is attached hereto as Exhibit 1.

8.      AAMC also registered its four-letter designation as a United States trademark. On March 28, 2006, the mark, **AAMC**, was registered with the USPTO at registration No. 3,073,074.   A true and correct copy of the mark's entry on the Principal Register is attached hereto as Exhibit 2.

9.      AAMC is a trusted provider of valuable educational resources for medical students, residents, and professionals in academic medicine.   As such, AAMC provides the

MSAR website for prospective medical school applicants to help guide them through the medical school selection and admission process.  The MSAR website is widely regarded as the most authoritative selection and admission guide to all U.S. and Canadian medical schools.

10.     The MSAR website is a subscription-based online database that contains the most recent data from the Liaison Committee on Medical Education ("LCME"), the American Medical College Application Service ("AMCAS"), and the Medical College Admission Test ("MCAT").  On this website, subscribers are able to browse, search, sort, and compare the most up-to-date information about individual U.S. and Canadian medical schools and B.S./M.D. programs.

11.     AAMC owns and operates the MSAR website.  In addition, AAMC complied with the Copyright Act, 17 U.S.C. § 101 *et seq.*, and registered its copyright in MSAR under the title "Medical School Admission Requirements for U.S. and Canadian Medical Schools (Online) – 2015" on April 21, 2015 with the United States Copyright Office.  A true and correct copy of AAMC's copyright registration No. TX 8-012-684 is attached hereto as Exhibit 3.

12.     Additionally, AAMC complied with the Lanham Act and registered MSAR as a United States trademark.  On June 5, 2012 the mark, **MSAR**, was registered with the USPTO at registration No. 4,152,908.  A true and correct copy of the trademark registration is attached hereto as Exhibit 4.

13.     On the MSAR website, individual medical school data is continuously updated throughout the year.  In addition, the information on the MSAR website is completely updated with the most recent data and re-released annually each April.  On April 1, 2015, the latest

4

edition of the MSAR website went live.  AAMC did not announce the launch of the 2015-2016

MSAR until 6:05 p.m. that day via https://www.facebook.com/ ("Facebook").

14.     Prospective medical school applicants can gain access to the MSAR website and

its contents by purchasing a twelve-month subscription for $25.

15.     By subscribing to the MSAR website, prospective medical school applicants gain

access to comprehensive information including medical school application procedures and

deadlines; selection factors such as MCAT scores & GPA data; medical school class profiles;

costs and financial aid packages; data on applicant volunteer and research experiences; research

opportunities; M.D./Ph.D. and other combined degrees; graduates' specialty choices; and the

updated United States Medical Licensing Examination ("USMLE") Policy.

16.     Use of the MSAR website is governed by its Terms of Use ("TOU"), which

include the following selected provisions:

> These terms of use ("Terms") govern your use of the Medical School Admission
> Requirements website and by using or visiting this site you signify your
> agreement to and acceptance of all the Terms set forth below.  If you do not
> accept these Terms, you may not access this site or use any of the services
> provided through this site.
>
> ***
>
> These Terms apply to all users of the Medical School Admission Requirements
> website. The Medical School Admission Requirements website includes all
> aspects of the website, including but not limited to all software, files and services
> offered via the website, including but not limited to video, audio, graphic designs,
> text, data and applications.
>
> ***
>
> The content on the Medical School Admission Requirements website, including
> without limitation, account access codes, the text, data, software, scripts, graphics,

applets, photos, interactive features and the like ("Content") and the trademarks, service marks and logos contained therein ("Marks"), are owned by AAMC or used with our members' permission.  The Content and Marks are subject to copyright, trademark and other intellectual property rights under the law. Content on the Website is provided to you AS IS for your information and personal use only and may not be downloaded, copied, reproduced, distributed, transmitted, broadcast, displayed, sold, licensed, or otherwise exploited for any other purposes whatsoever without the prior written consent of AAMC. AAMC reserves all rights not expressly granted in and to the Medical School Admission Requirements website and the Content.

\*\*\*

Subject to your agreement to and continuing compliance with these Terms, you may use the Medical School Admission Requirements website, including but not limited to the Content, solely for your own non-commercial, educational purposes. You may not use the Medical School Admission Requirements website for any other purpose.  AAMC hereby grants you permission to access and use the Medical School Admission Requirements website as set forth in these Terms, with the following restrictions and conditions:

> 1. You agree that, separately and in addition to any claim of the misappropriation and violations of AAMC's intellectual property rights that AAMC may lawfully have, that any of the acts or conduct prohibited herein also constitutes a breach of contract, which breach may be brought as a separate, independent action in the sole discretion of AAMC.

> 2. You agree not to circumvent, disable or otherwise interfere with security-related features of the Medical School Admission Requirements website or features that prevent or restrict use or copying of any Content or enforce limitations on use of the Medical School Admission Requirements website or the Content therein.

> \*\*\*

> 6. You do not use any robot, spider, other automatic device or manual process to monitor or copy the Medical School Admission Requirements website.

A true and correct copy of the MSAR TOU is attached hereto as Exhibit 5.

17.     Additionally, the MSAR's TOU expressly incorporated the AAMC website's Terms and Conditions by reference.  *See* Exhibit 5.

18.     The AAMC website's Terms and Conditions contain a choice-of-law and forum-selection clause which provides as follows:

> You agree that these Terms will be governed by the laws of the District of Columbia, without regard to its conflicts of law rules, and that any litigation regarding compliance with these Terms or your use of our sites will be brought in the courts of the District of Columbia.

A true and correct copy of the AAMC website's Terms and Conditions is attached hereto as Exhibit 6.

19.     Subscribers must acknowledge and accept the MSAR website's TOU during their initial registration on the site.

## Defendant's Activities

20.     On or about June 3, 2014, Defendant entered into a transaction with AAMC by purchasing a subscription to the MSAR website.  The username associated with this subscription was kzhang326.

21.     This subscription gave Defendant the ability to access the MSAR website and its contents for a period of one year from the date of purchase.

22.     On information and belief, at 11:59 a.m. on April 1, 2015—the same day the 2015-2016 edition of the MSAR website went live—Defendant logged onto his MSAR account with username kzhang326.  At this point in time, AAMC had not yet announced that the latest

version of the MSAR website was available.  AAMC did not make that announcement until later that day at 6:05 p.m. via Facebook.

23.     Within minutes after Defendant logged onto the MSAR website, there was a large spike in activity on the site.  Traffic volume jumped from well-under 1,000 page views per hour to 4,000 page views that hour.

24.     According to a forensic analysis of the data contained in the logs for the AAMC server that hosts the MSAR website, after Defendant logged onto the MSAR website, Defendant methodically visited and downloaded nearly every page of information within the database.  This activity is known as "scraping."

25.     Shortly thereafter, on information and belief, Defendant posted a free version of the MSAR website, referred to as Requirements for Admission to Schools of Medicine ("RASM"), on the following overseas website:  http://rasm.lmao.cf/#/ (the "RASM website").

26.     As demonstrated by the following screenshot, Defendant's RASM website includes all of the data that he illegally scraped from the copyrighted 2015-2016 MSAR website.

*[CONTINUED ON NEXT PAGE]*

8



27.    In addition, the RASM website prominently features each of AAMC's marks across the top of the webpage.

28.    The RASM website also contains a "LizzyM" score calculator.    A "LizzyM" score is the colloquial term for a formula devised some years ago by a third party that purports to

establish an applicant's probability of being accepted into medical school, based solely on the applicant's MCAT score and GPA.  The LizzyM score is not sanctioned by AAMC or any medical school as an accurate or appropriate gauge of an applicant's probability of being admitted to a particular medical school. The MSAR website does not feature a LizzyM score calculator, as the overly-simplistic formula runs counter to AAMC's goal of promoting a holistic medical school admissions process.

     29.    On information and belief, on or about April 2, 2015, Defendant signed onto a social networking website, www.reddit.com ("Reddit"), with the username DisgruntledPremed and submitted an announcement that a free version of the 2015-2016 MSAR website—the RASM website—was available.  While Defendant's Reddit post does not contain the scraped MSAR data, it does include a link to his RASM website.  A screenshot of Defendant's Reddit post is reproduced below.

30.     On information and belief, on or about April 2, 2015, Defendant signed onto a web-based Git[1] repository hosting service, https://github.com/ ("GitHub"), with the username DisgruntledPremed.   Rather than provide the actual data that he scraped from the MSAR website, Defendant instead posted the code that he used to create his RASM website (the "RASM code").  On information and belief, this code allows users to create their own platforms for viewing MSAR data.  While Defendant did not post any of the 2015-2016 MSAR data on the GitHub page, he posted detailed instructions for viewers to acquire data from the 2015-2016 MSAR website.  As demonstrated by the screenshot below, Defendant's step-by-step instructions tell users how to scrape data from the MSAR website, just as Defendant did on April 1, 2015.



---

[1] Git is a highly efficient, open-source content management and tracking system.

31.     By analyzing the available forensic data trail, AAMC determined that the pattern of scraping which occurred on the MSAR website—Defendant's digital signature—matched the pattern of the RASM code posted on GitHub.   In fact, the scraping pattern contained in the MSAR website's server log is identical to the pattern contained in the RASM code posted on the GitHub page.

32.     As the following screenshot from the GitHub page makes plain, Defendant was aware that his scraping and reproduction of MSAR violated AAMC's intellectual property rights. Defendant specifically stated that his RASM code did not include any MSAR datasets "due to legal and copyright reasons."   However, he nevertheless included a link to his RASM website.



# RASM™ (Requirements for Admission to Schools of Medicine)

**What is RASM™?**

RASM™ is a free, open-source web app for viewing US and Canadian medical school admissions data such as GPA, MCAT scores, and matriculant demographics from the AAMC MSAR. RASM™ includes several unique premed-oriented features such as LizzyM® score data, intuitive graphs and charts, expanded search and sort options, and more.

**NOTE:** RASM™ does NOT include any datasets due to legal and copyright reasons. In order to use this software, you will need to acquire the dataset for the MSAR® year you wish to view. Alternatively, if you have a valid subscription to the MSAR®, you may use the included scraping tools (see below) to build your own dataset. Finally, we also maintain a list of public RASM™ servers (of dubious legality) that may be worth a visit.

MSAR® is a registered trademark of the Association of American Medical Colleges (AAMC). LizzyM® is a registered trademark of the Coastal Research Group.

https://github.com/DisgruntledPremed/RASM/blob/master/README.md[5/11/2015 5:33:57 PM]

12

33.     Since early April 2015, the MSAR website has been available to the public free of charge via Defendant's RASM website.  By Defendant's own terms, as evidenced by his GitHub page reproduced at ¶ 32, RASM is "a free, open-source web app for viewing US and Canadian medical school admissions data such as GPA, MCAT scores, and matriculant demographics from the AAMC MSAR®."

34.     In exchange for offering free access to MSAR, Defendant has requested Bitcoin[2] donations from those who access his RASM website.  As the following screenshot makes clear, Defendant has solicited these "donations" on Reddit as well:

[*CONTINUED ON NEXT PAGE*]

---

[2] Bitcoin is a form of digital currency, created and held electronically.



35.   The   screenshot   above   also   demonstrates   Defendant's   awareness   and

acknowledgement that the copying and reproduction of the MSAR content without AAMC's

authorization violated AAMC's intellectual property rights, as he solicited viewers to host his

RASM website on an offshore server "outside the reach of US copyright/DMCA." On information and belief, Defendant's reference to "DMCA" refers to the Digital Millennium Copyright Act.[3]  On information and belief, Defendant believes that if his RASM website is hosted on an overseas server, then AAMC cannot shut it down by utilizing a DMCA notice.

36.     Additionally, on the GitHub page reproduced at ¶ 32, Defendant characterized his publicly available RASM website as "of dubious legality."  Unlike Defendant's posts on Reddit and GitHub, the RASM website actually contains the scraped data from the MSAR website.

37.     Defendant's scraping of the MSAR website and posting the scraped material on his own RASM website constitutes direct copyright infringement under the Copyright Act.  In fact, as evidenced in the screenshot at ¶ 32, Defendant makes clear that the RASM code he provided on the GitHub page does not contain MSAR datasets "due to legal and copyright reasons."  However, Defendant's RASM website, hosted on an offshore server, does include MSAR datasets, which Defendant acknowledged is "of dubious legality."

38.     Despite this, as demonstrated by the Reddit page reproduced below, Defendant has "committed to yearly updates as future MSAR years get released."

[*CONTINUED ON NEXT PAGE*]

---

[3] Pub. L. No. 105-304, 112 Stat. 2860 (Oct. 28, 1998).

Since the Open MSRA website with the 2015 MSAR is no longer accessible, I decided to make a version that you can run on your own PC. Enjoy! : premed



MY SUBREDDITS ▼   FRONT - ALL - RANDOM | GADGETS - SPORTS - GAMING - PICS - WORLDNEWS - VIDEOS - ASKREDDIT - AWW - MUSIC - FUNNY - NE   **MORE**

reddit   **PREMED** | **comments** | **related**                                w ant to join? sign in or create an account in seconds | Engl

**ANNOUNCEMENT | PREMED STUDENT GUIDE 2012 - READ BEFORE POSTING**

search

on 14 Dec 2014

**12** points (89% upvoted)

shortlink: `http://redd.it/2p9wxt`

**Since the Open MSRA website with the 2015 MSAR is no longer accessible, I decided to make a version that you can run on your own PC. Enjoy!** (self.premed)

submitted 4 months ago * by DisgruntledPremed ADMITTED

[removed]

10 comments  share

username

☐ remember me   reset password               login

Submit a new link

Submit a new text post

all 10 comments

sorted by: best ▼

▲ [-] PoorAuthor9  6 points 4 months ago
▼  Honestly though, for $20 you get to use the actual MSAR which has complete and updated information about all the schools and links and statistics – youll be spending lots of money on applying - why not just spend the $20 and get a year of access to the best tool for choosing schools to apply to?

  I use MSAR, and if you Google search Amherst and out of state favor ability, there's a page which says how much schools favor instate vs out of state. I used those two, and voila, took half a day and I've decided my list of schools to apply too.

  permalink

    ▲ [-] DisgruntledPremed ADMITTED [S] -1 points 4 months ago
    ▼  The dataset is mined directly from the real MSAR, and I've committed to yearly updates as future MSAR years get released. There's really no reason to use the real MSAR, since Open MSRA presents the exact same data in a much nicer and easier-to-read format, without the hassle of having to log in. Sure, $20 (IIRC it's actually $25 now) is a drop in the bucket in the grand scheme of application fees and tuition, but why pay for an inferior product?

      permalink  parent

        ▲ [-] PoorAuthor9  3 points 4 months ago
        ▼  If it's mined from the MSAR, isn't that similar to piracy?

**premed**

subscribe   11,924 Neurotic Pre-Meds

○ ~42 Neurotic Pre-Meds

- Please read the Premed Student Guide before asking your questions.
- Please see /r/MCAT if you have questions regarding the revised MCAT
- A place for us neurotic premeds to post links and have discussions with each other.
- RULES. READ THIS FIRST
- What are my chances? If your question i any variant of "What Are My Chances?" we ask that you wait to post it in the dedicated monthly WAMC thread on the 4th of each month. It will be removed otherwise.
- Can I share my blog/website/business? This subreddit is not a place to spam yc blog or solicit business. Should you wish to submit your own content, please consider buying a sponsored link from reddit.
- Why can't I see my post? If your accoun is under 24 hours old or has less than -! karma AutoModerator will automatically remove your post. If your account is old than 24 hours and has more than -50 karma it is probably caught in the spam filter; use the message the mods buttor below and one of us will send it through

Help create a FAQ

/R/PREMED FAQ

Commonly used abbreviations

39.     On information and belief, Defendant induced others to scrape data from the 2015-2016 MSAR website by posting detailed instructions on how to do so and also induced others to access the scraped MSAR data that Defendant made available by posting links to his RASM website, causing these third parties to directly infringe AAMC's copyright in the MSAR website.  Defendant's conduct constitutes copyright infringement by inducement.

40.     Defendant's use of AAMC's marks on his RASM website constitutes trademark infringement under the Lanham Act.  In fact, as evidenced in the screenshot at ¶ 32, Defendant plainly acknowledges that "MSAR® is a registered trademark of the Association of American Medical Colleges (AAMC)."

41.     Defendant's copying and scraping of the MSAR website and posting the scraped material on his own RASM website for further distribution constitute material breaches of the MSAR TOU.

42.     Since discovering Defendant's activities in early April 2015, AAMC has spent more than ten-thousand dollars to conduct an internal investigation to determine the nature and extent of Defendant's unauthorized activities on AAMC's websites and mitigate any harm arising out of it.

43.     In addition to this monetary loss, AAMC's reputation as a trusted provider of valuable resources for medical students, residents, and professionals in academic medicine has been jeopardized due to Defendant's illegal activities.

## COUNT I
## FRAUD AND RELATED ACTIVITY IN CONNECTION WITH COMPUTERS IN VIOLATION OF 18 U.S.C. § 1030

44.     AAMC hereby repeats and incorporates each and every allegation of Paragraphs 1-43 of this Complaint as though fully set forth herein.

45.     On or about April 1, 2015, Defendant violated 18 U.S.C. § 1030(a)(2)(C) when he intentionally accessed a computer without authorization or exceeded authorized access, and thereby obtained information from a protected computer.

46.     AAMC has suffered damage or loss by reason of Defendant's violation of 18 U.S.C. § 1030(a)(2)(C).  Specifically, in the course of investigating the matters described in Paragraphs 21-43 and taking steps to mitigate the damage therefrom, AAMC has incurred and will continue to incur costs.

47.     The damage or loss suffered by AAMC as a direct result of Defendant's violation of 18 U.S.C. § 1030(a)(2)(C) will exceed $5,000 in value within one year from the date that AAMC discovered said violation.

48.     By reason of Defendant's violation of 18 U.S.C. § 1030(a)(2)(C), AAMC is entitled to damages, injunctive relief and other equitable relief pursuant to 18 U.S.C. § 1030(g).

## COUNT II
## COPYRIGHT INFRINGEMENT IN VIOLATION OF 17 U.S.C. § 501

49.     AAMC hereby repeats and incorporates each and every allegation of Paragraphs 1-48 of this Complaint as though fully set forth herein.

18

50.     AAMC's MSAR website contains a substantial amount of curated information presented and arranged in an original format, which is copyrightable subject matter pursuant to 17 U.S.C. § 103 governing compilations.

51.     On April 21, 2015, in accordance with the Copyright Act, AAMC registered its copyright, Medical School Admission Requirements for U.S. and Canadian Medical Schools (Online) – 2015, with the United States Copyright Office at registration No. TX 8-012-684. *See* Exhibit 3.

52.     On or about April 1, 2015, Defendant illegally scraped the MSAR website and reproduced the copyrighted MSAR material on his own publicly available website—the RASM website.

53.     On or about April 1, 2015 and thereafter, Defendant induced the direct infringement of AAMC's copyright in the MSAR website by other individuals who, on information and belief, used and/or copied and/or further disseminated MSAR website content without permission or license from AAMC.

54.     Defendant's acts of copying the MSAR website and producing the materials on his RASM website were and are unauthorized by AAMC.

55.     Defendant's unauthorized copying and reproduction of the MSAR material on his RASM website constitutes direct copyright infringement by reproducing the copyrighted work, preparing one or more derivative works based upon the copyrighted work, and/or distributing an unauthorized copy of the copyrighted work.

56.     On information and belief, by posting his RASM code on GitHub, providing detailed step-by-step instructions for how to scrape the 2015-2016 MSAR website, and posting

19

links to his RASM website on both Reddit and GitHub, Defendant induced others to directly infringe AAMC's copyright in the MSAR website. Defendant's conduct constitutes copyright infringement by inducement.

57.     Pursuant to 17 U.S.C. § 502, AAMC seeks an injunction to permanently restrain Defendant's direct and induced infringement of AAMC's MSAR copyright.   A permanent injunction is especially warranted in this case, as Defendant has "committed to yearly updates as future MSAR years get released."  *See* ¶ 38.

58.     In addition, and as a result of Defendant's direct and induced copyright infringement, AAMC is entitled to damages pursuant to 17 U.S.C. § 504.

<u>**COUNT III**</u>
<u>**TRADEMARK INFRINGEMENT IN VIOLATION OF 15 U.S.C. § 1114**</u>

59.     AAMC hereby repeats and incorporates each and every allegation of Paragraphs 1-58 of this Complaint as though fully set forth herein.

60.     AAMC owns the mark **Association of American Medical Colleges**.  This mark is registered with the USPTO at registration No. 2,918,449.  *See* Exhibit 1.

61.     AAMC owns another mark, **AAMC**.  This mark is registered with the USPTO at registration No. 3,073,074.  *See* Exhibit 2.

62.     AAMC also owns the mark **MSAR**.  This mark is registered with the USPTO at registration No. 4,152,908.  *See* Exhibit 4.

63.     Each of AAMC's marks are distinctive.

64.     On April 1, 2015, Defendant scraped the MSAR website and reproduced each of AAMC's marks on his own publicly available RASM website.  These marks are prominently displayed across the top of the RASM website.

65.     Defendant's use of AAMC's marks on his RASM website was and is unauthorized by AAMC.

66.     Defendant's use of AAMC's marks in connection with the distribution of competing goods or services on his RASM website is likely to cause confusion, mistake, or deception with regard to the origin of Defendant's goods or services and is likely to confuse, mislead, and deceive members of the public into believing that AAMC has allowed, sponsored, approved, or licensed Defendant to provide competing goods or services or that Defendant is connected to or affiliated with AAMC in some way.

67.     Defendant is not connected to or affiliated with AAMC, and Defendant's use of AAMC's marks is without AAMC's permission, license, or consent.

68.     Any confusion, mistake, or deception arising from Defendant's unlawful use of AAMC's marks would result in injury and/or have a direct, negative impact on AAMC's reputation and its ability to market its own goods and services under the marks. For example, unlike the official MSAR website, Defendant's RASM website features an overly simplistic LizzyM score calculator.  Not only is this score calculator likely misleading to those who might rely upon it, but AAMC's stated goal of promoting a holistic medical school admissions process could be called into question if a member of the public were to mistakenly attribute the RASM website to AAMC.

69.     Moreover, any defect, objection, or fault found with Defendant's RASM website could negatively impact and seriously injure AAMC's established reputation as a trusted provider of the various goods and services it makes available under its marks. For example, a comparison of the data on the official MSAR website and Defendant's RASM website reveals that the RASM website does not show B.S./M.D. programs, while the official MSAR website does.  This is because at the time it was illegally scraped, the MSAR website was awaiting an update which prevented Defendant from seeing the B.S./M.D. program data.  While the update was subsequently completed on the official MSAR website, Defendant's RASM website was not updated.  AAMC's reputation, and MSAR's reputation as the most authoritative guide to all accredited U.S. and Canadian medical schools, could be called into question if a member of the public were to mistakenly attribute the RASM website to AAMC.

70.     On information and belief, Defendant's aforementioned acts were carried out willfully and with the intent and purpose of appropriating and trading upon the goodwill and reputation of AAMC and its marks and to pass off Defendant's goods and services on his RASM website as AAMC goods and services.

71.     Defendant's unlawful use of AAMC's three marks supports three individual claims for trademark infringement under the Lanham Act.

72.     Pursuant to 15 U.S.C. § 1116, AAMC seeks an injunction to permanently restrain Defendant's infringement of its marks: **Association of American Medical Colleges**, **AAMC**, and **MSAR**.

73.     In addition, and as a result of Defendant's trademark infringement, AAMC is entitled to damages pursuant to 15 U.S.C. § 1117.

22

## COUNT IV
## BREACH OF CONTRACT

74.     AAMC hereby repeats and incorporates each and every allegation of Paragraphs 1-73 of this Complaint as though fully set forth herein.

75.     Defendant entered into a contract with AAMC when he purchased a subscription to MSAR and registered on the MSAR website.

76.     In consideration of and in order to gain access to the MSAR website, Defendant acknowledged and accepted the website's TOU.

77.     By acknowledging and accepting the MSAR website's TOU, Defendant agreed to the following, *inter alia*:

(a)     That the contents and trademarks contained on the MSAR website would not be downloaded, copied, reproduced, distributed, transmitted, broadcast, displayed, sold, licensed, or otherwise exploited for any other purposes whatsoever without the prior written consent of AAMC;

(b)     That any misappropriation of AAMC's intellectual property or any violation of AAMC's intellectual property rights constitutes a breach of contract;

(c)     That Defendant would not circumvent, disable or otherwise interfere with security-related features of the MSAR website or features that prevent or restrict use or copying of its contents or enforce limitations on use of the MSAR website or its contents; and

(d)     That Defendant would not use any robot, spider, other automatic device or manual process to monitor or copy the MSAR website.

*See* Exhibit 5.

23

78.     During the time period between April 1, 2015 and April 3, 2015, and without AAMC's consent, Defendant illegally scraped the MSAR website and its contents and proceeded to reproduce MSAR on his own publicly available RASM website.

79.     In doing so, Defendant breached its contract—the TOU—with AAMC.

80.     As a direct and proximate result of the Defendant's breach of the MSAR website's TOU, AAMC has suffered, and will continue to suffer, damages in an amount to be proved at trial.

## PRAYER FOR RELIEF

**WHEREFORE**, AAMC respectfully prays for a judgment in its favor and an Order of this Court:

A.      Permanently enjoining Defendant from:

    i.        Violating the Computer Fraud and Abuse Act;

    ii.      Violating the Copyright Act;

    iii.     Violating the Lanham Act;

B.      Requiring Defendant to provide an inventory list of all domain names in Defendant's possession, custody, or control, consisting of any copyrighted or trademarked material belonging to AAMC;

C.      Awarding to AAMC the damages and losses it sustained as a result of Defendant's prior and ongoing wrongful acts;

D.      Awarding to AAMC statutory damages pursuant to 17 U.S.C. § 504(c);

E.      Awarding to AAMC its costs and attorneys' fees;

F.      Awarding to AAMC punitive damages as a result of Defendant's willful, intentional and wrongful acts; and

G.      Granting AAMC any further relief that the Court deems to be just and proper.

24

**JURY DEMAND**

AAMC respectfully requests a trial by jury on all issues triable thereby.


Dated this 27th day of May 2015.

                                        Respectfully submitted:


                                        /s/ Joshua D. Wolson
                                        Joshua D. Wolson
                                        D.C. Attorney No. 473082
                                        DILWORTH PAXSON LLP
                                        655 Fifteenth Street, NW, Suite 810
                                        Washington, DC 20005
                                        Telephone:  (202) 466-9162
                                        Facsimile:  (202) 452-0930
                                        Email:  jwolson@dilworthlaw.com

                                        Marc J. Weinstein
                                        (*pro hac vice* application pending approval)
                                        DILWORTH PAXSON LLP
                                        1500 Market Street, Suite 3500E
                                        Philadelphia, PA 19102
                                        Telephone:  (215) 575-7183
                                        Facsimile:  (215) 575-7200
                                        Email:  mweinstein@dilworthlaw.com